**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **v.** | **)** | **CRIMINAL ACTION NO.** |
| | **)** | **1:25-cr-00260-KD-N** |
| **ZACHARY HAWKINS,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, **ZACHARY HAWKINS**, along with his counsel of record, James B. Pittman, Jr., appeared before the undersigned Magistrate Judge by consent (Doc. 40) on May 26, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Counts One through Eight of the Indictment (Doc. 14), which charge violations of Title 18, United States Code, Section 2252A(a)(2) and (b) (Distributing Material Involving Child Pornography), and a plea of guilty to Count Nine of the Indictment, which charges a violation of Title 18, United States Code, Section 2252A(a)(5) (Access with Intent to View Child Pornography).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily, and that each of the offenses charged in the Indictment is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant,

**ZACHARY HAWKINS**, be adjudged guilty of Counts One through Nine of the Indictment and have sentence imposed accordingly.

Defendant's sentencing hearing before U.S. District Judge Kristi K. DuBose is set for **September 4, 2026, at 9:00 a.m. (CST)**, pending the adoption of this Report and Recommendation.

### NOTICE TO PARTIES

A party has 14 days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion that the district judge adopts from the Report and Recommendation. *See, e.g.,* Fed. R. Crim. P. 59.

**DONE** this the 26th day of May 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**