IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           :

vs.                                :   CRIMINAL NO.:  25-00260-KD-N

ZACHARY HAWKINS                :

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 43) and without any objection having been filed by the parties, Defendant Zachary Hawkins' plea of guilty to Counts One through Eight of the Indictment charging violations of  18 U.S.C. § 2252A(a)(2) and (b), and plea of guilty to Count Nine charging violation of 18 U.S.C. § 2252A(a)(5) and (b), is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 4, 2026, at 9:00 a.m., in Courtroom 4B,** United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 18th day of June 2026.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE